# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>DONNA SIMPSON<br>SSAN: XXX-XX-2794<br><br><br><br>Debtor(s) | Case No. 16-32673-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on September 23, 2016.

2. The debtor(s) §341 Meeting of Creditors was held November 09, 2016.

3. The debtor(s) overall pay record is 75%.

(**X**) The following creditor was not listed in the debtor(s)' schedules but filed their claim as secured or priority. The debtor(s)' plan fails to make provisions for this claim:

                Creditor: COLONIAL FINANCE COMPANY
       Trustee's Claim Number: 15
            Account Number: 2551-05 CAMRY ARREARS-NO PROV
               Claim Amount: $164.00
         Court Claim Number: 2
               Claim Filed As: SECURED VEHICLE ARREARS DEBT

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this December 14, 2016.

Sabrina L. McKinney
Acting Chapter 13 Trustee

By: /s/*Sabrina L. McKinney*
Sabrina L. McKinney
Acting Chapter 13 Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: mckinneys@ch13mdal.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this December 14, 2016.

Copy to: DEBTOR(S)
JOSHUA C MILAM

/s/*Sabrina L. McKinney*
Sabrina L. McKinney
Acting Chapter 13 Trustee